| | |
|---|---|
| 1 | Dana N. Gwaltney (SBN 209530) |
|   | Sara J. Romano (SBN 227467) |
| 2 | SHOOK, HARDY & BACON L.L.P. |
|   | 333 Bush Street, Suite 600 |
| 3 | San Francisco, California 94104-2828 |
|   | Telephone:  415.544.1900 |
| 4 | Facsimile:  415.391.0281 |

**FILED**

AUG 2 9 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
           DEPUTY CLERK

Attorneys for Defendants
GUIDANT CORPORATION, GUIDANT SALES
CORPORATION, CARDIAC PACEMAKERS,
INC., and BOSTON SCIENTIFIC
CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

(FRESNO DIVISION)

| | |
|---|---|
| SALLIE EVERETT, individually and as successor in interest to decedent, ALBERT EVERETT, | Case No. 1:06-CV-01116-AWI-LJO |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE PRETRIAL DEADLINES** |
| vs. | |
| GUIDANT CORPORATION; GUIDANT SALES CORPORATION; CARDIAC PACEMAKERS, INC.; BOSTON SCIENTIFIC CORPORATION; MEMORIAL HOSPITALS ASSOCIATION; and Does 1 through 100, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties through their designated counsel that the deadlines for defendants Guidant Corporation, Guidant Sales Corporation, Cardiac Pacemakers, Inc., and Boston Scientific Corporation (collectively "Guidant") to answer or otherwise respond to the Complaint, and for the parties to participate in pretrial proceedings will be continued.

Guidant contends a continuation of pretrial deadlines is appropriate because this action should be transferred to the District of Minnesota and consolidated with *In Re Guidant Corp. Implantable Defibrillators Products Liability Litigation,* MDL-1708, for pretrial proceedings.

Sallie Everett v. Guidant Corporation et al     Doc. 10

1  Plaintiff agrees that a continuation of pretrial deadlines is appropriate as plaintiff intends
2  to file a motion to remand this removed action to state court.
3  The parties agree that this case will not remain in this Court.
4  IT IS SO STIPULATED that all pretrial deadlines are continued.

6  DATED: August __, 2006                Respectfully submitted

8                                        SHOOK, HARDY & BACON L.L.P.

9                                        By:_____
10                                              DANA N. GWALTNEY
                                                SARA J. ROMANO
11
                                          Attorneys for Defendants
12                                        GUIDANT CORPORATION, GUIDANT SALES
                                          CORPORATION, CARDIAC PACEMAKERS,
13                                        INC. and BOSTON SCIENTIFIC CORPORATION

14  DATED: August __, 2006                Respectfully submitted

16                                        GILLIN, JACOBSON, ELLIS & LARSEN

18                                        By:_____
                                                LUKE ELLIS
                                                KRISTIN LUCEY
19
                                          Attorneys for Plaintiff SALLIE EVERETT,
20                                        individually and as successor in interest to decedent,
                                          ALBERT EVERETT

23                              **ORDER**

24  Pursuant to stipulation, IT IS SO ORDERED.

25  Dated: __Aug 29__, 2006              _____
26                                        THE HONORABLE ANTHONY W. ISHII
                                          THE HONORABLE LAURENCE J. O'NEILL

28                                        STIPULATION AND ORDER TO CONTINUE PRETRIAL DEADLINES
    107742v1                    2         CASE NO. 1:06-CV-01116-AWI-LJO