**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SALLIE EVERETT, individually and as ) successor in interest to decedent, ) ALBERT EVERETT, ) | CV F 06-1116 AWI LJO |
| ) | **ORDER VACATING COURT'S** |
| Plaintiffs, ) | **PRIOR ORDER OF AUGUST** |
| ) | **29, 2006.** |
| v. ) | |
| ) | |
| GUIDANT CORPORATION; GUIDANT ) SALES CORPORATION; CARDIAC ) PACEMAKERS, INC., BOSTON ) SCIENTIFIC CORPORATION, ) MEMORIAL HOSPITALS ) ASSOCIATION; and DOES 1 through ) 100, inclusive, ) | Doc. # 10 |
| Defendants. ) | |
| _____) | |

It is hereby ORDERED that the court's prior order of August 29, 2006, pursuant to the stipulation of the parties to continue proceedings is hereby VACATED. The parties shall proceed according to the minute order filed August 30, 2006, setting status conference for November 11, 2006, at 8:30 a.m. in courtroom 8 before Judge O'Neill.

IT IS SO ORDERED.

**Dated:     August 31, 2006**                          _____/s/ Anthony W. Ishii_____
0m8i78                                              UNITED STATES DISTRICT JUDGE