Dana N. Gwaltney (SBN 209530)
Sara J. Romano (SBN 227467)
SHOOK, HARDY & BACON L.L.P.
333 Bush Street, Suite 600
San Francisco, California 94104-2828
Telephone:    415.544.1900
Facsimile:     415.391.0281

Attorneys for Defendants
GUIDANT CORPORATION, GUIDANT SALES
CORPORATION, CARDIAC PACEMAKERS, INC.,
and BOSTON SCIENTIFIC CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

(FRESNO DIVISION)

| | |
|---|---|
| SALLIE EVERETT, individually and as successor in interest to decedent, ALBERT EVERETT,<br><br>        Plaintiffs,<br><br>    vs.<br><br>GUIDANT CORPORATION; GUIDANT SALES CORPORATION; CARDIAC PACEMAKERS, INC.; BOSTON SCIENTIFIC CORPORATION; MEMORIAL HOSPITALS ASSOCIATION; and Does 1 through 100, inclusive,<br><br>        Defendants. | Case No. 1:06-CV-01116-AWI-LJO<br><br>**AMENDED** STIPULATION AND ORDER TO CONTINUE PRETRIAL DEADLINES |

      IT IS HEREBY STIPULATED by and between the parties through their designated counsel that the deadline for Defendants to answer or otherwise respond to Plaintiff's Complaint in this action should be extended.  Defendants seek to transfer this case to the Multi-District Litigation proceeding established in the United States District Court, District of Minnesota ("MDL court"), and Plaintiff has indicated that she will soon be filing a motion to remand this case to state court. Accordingly, the following deadlines will be modified as follows:

      The deadline for Defendants to file an answer or otherwise respond to Plaintiff's complaint shall be as follows:

      (a)    if the case is not remanded to state court, and is transferred to the MDL court, any response will be due pursuant to a deadline set by the MDL court;

  (b) if the case is not remanded and also is not transferred to the MDL court, any response will be due thirty (30) days after the decision by the JPML denying transfer to the MDL court; or

  (c) if the case is remanded, any response will be due thirty (30) days after the remand decision by this Court.

  IT IS SO STIPULATED.

DATED: September 1, 2006    Respectfully submitted,

SHOOK, HARDY & BACON L.L.P.

By:  /s/ Sara J. Romano
   DANA N. GWALTNEY
   SARA J. ROMANO

Attorneys for Defendants
GUIDANT CORPORATION, GUIDANT SALES CORPORATION, CARDIAC PACEMAKERS, INC. and BOSTON SCIENTIFIC CORPORATION

DATED: September 1, 2006    Respectfully submitted,

GILLIN, JACOBSON, ELLIS & LARSEN

By:  /s/ Luke Ellis
   LUKE ELLIS
   KRISTIN LUCEY

Attorneys for Plaintiff SALLIE EVERETT, individually and as successor in interest to decedent, ALBERT EVERETT

IT IS SO ORDERED.

Dated:  **September 15, 2006** B9ed48
  **/s/ Lawrence J. O'Neill**
UNITED STATES MAGISTRATE JUDGE